## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**LAKHRAJ MANOHAR**                                                                          **PLAINTIFF**

v.                 **CASE NO: 3:14CV00218 BSM**

**STATE OF ARKANSAS, et. al.**                                            **DEFENDANTS**

### ORDER

Plaintiff Lakhraj Manohar's amended complaint is dismissed *sua sponte* for failure to state a claim. A court must dismiss a complaint if the prisoner has raised claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b). A *pro se* complaint must be given the benefit of a liberal construction. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972).

Manohar's amended complaint states a claim against Judge Keith Blackman for actions taken while acting in his judicial capacity. Judge Blackman, however, is absolutely immune for actions undertaken in his judicial capacity. *Forrester v. White*, 484 U.S. 219, 227-229 (1988). Manohar's amended complaint also lists Jonesboro Police Officer Robinson as a defendant but fails to cite any action taken by Robinson. Therefore, even given liberal construction, Manohar's amended complaint is dismissed *sua sponte* for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 9th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE