# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**LAKHRAJ MANOHAR**                                                                    **PLAINTIFF**

v.                             **CASE NO: 3:14CV00218 BSM**

**STATE OF ARKANSAS, et. al.**                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed for failure to state a claim upon which relief may be granted. It is certified that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal would not be taken in good faith.

DATED this 9th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE